# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138918

BARBARA COHN, Personal Representative of
the ESTATE OF PHYLLIS MADGY, Deceased,
      Plaintiff-Appellee,

v

WILLIAM BEAUMONT HOSPITAL,
      Defendant-Appellant.

SC: 138918
COA: 289272
Oakland CC: 2007-085531-NO

_____/

## AMENDMENT TO ORDER

On order of the Court, this Court's order of September 28, 2009 is amended to change the text to read as follows:

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2009

_____
Clerk

d0929